# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

In Re:  
Antonio Dwayne Williams  
xxx−xx−6309  
April Dawn Williams  
xxx−xx−5530  
    Debtor(s)

Case Number:  1:17−bk−15140−NWW  
Chapter:  13

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

Notice is hereby given that:

The bankruptcy case of the above−named debtors has been separated.

The case of Antonio Dwayne Williams has been converted to Chapter 7 and has been assigned a new case number, 19−12593. You will receive separate notice of the Chapter 7 conversion.

The case of April Dawn Williams will continue as a Chapter 13 under case number 17−15140.

Dated: 6/25/19

William T. Magill  
Clerk of the Bankruptcy Court

By: __sjh____  
Deputy Clerk